In the United States District Court
For the Western District of Michigan

FILED - GR
September 12, 2013 11:31 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC /           SCANNED BY: mkc 9/12

JAMES HARRISON FOX, #458647, SCOTT DAVID PERREAULT #722478

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v.

1:13-cv-1003
Robert Holmes Bell - U.S. District Judge
Joseph G Scoville - U.S. Magistrate Judge

DANIEL HEYNS, DIRECTOR MDOC; et al

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I.   **Previous Lawsuits**

   CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the required $350 filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $350 filing fee regardless whether your complaint is dismissed.

   A.   Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☒

   B.   If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1.   Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

   2.   Is the action still pending?   Yes ☐   No ☐

      a.   If your answer was no, state precisely how the action was resolved: _____

   _____

   3.   Did you appeal the decision?   Yes ☐   No ☐

   4.   Is the appeal still pending?   Yes ☐   No ☐

      a.   If not pending, what was the decision on appeal? _____

   _____

   5.   Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☐

      If so, explain: _____

II.   **Place of Present Confinement**   RICHARD HANDLON CORRECTIONAL FACILITY (MTU)

   If the place of present confinement is not the place you were confined when occurrence that is subject of instant lawsuit arose, also list the place you were confined: _____

III.  **Parties**

   A.  Plaintiff(s)

   Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

   Name of Plaintiff  SCOTT DAVID PERREAULT #722478   JAMES HARRISON FOX #458647

   Address  1728 WEST Bluewater Hwy IONIA MI 48846

   B.  Defendant(s)

   Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

   Name of Defendant #1  DANIEL HEYNS
   Position or Title  DIRECTOR - MICHIGAN DEPARTMENT OF CORRECTIONS
   Place of Employment  MICHIGAN DEPARTMENT OF CORRECTIONS.
   Address  GRANDVIEW Plaza Build P.O. Box 30003 Lansing, MI 48909
   Official and/or personal capacity?  Official and Personal

   Name of Defendant #2  WARDEN CATHLEEN STODDARD
   Position or Title  WARDEN - RICHARD HANDLON CORRECTIONAL FACILITY
   Place of Employment  MICHIGAN DEPARTMENT OF CORRECTIONS
   Address  1728 W. Bluewater Hwy IONIA, MI 48846
   Official and/or personal capacity?  Official and Personal

   Name of Defendant #3  DEPUTY WARDEN SHAWN YOUNG
   Position or Title  DEPUTY WARDEN - RICHARD HANDLON CORRECTIONAL FACILITY
   Place of Employment  Richard Handlon Correctional Facility - Michigan Dept of Corrections
   Address  1728 West Bluewater Hwy Ionia, MI 48846
   Official and/or personal capacity?  Official and Personal

   Name of Defendant #4  DAVID LESLIE
   Position or Title  Chaplain - RICHARD HANDLON CORRECTIONAL FACILITY
   Place of Employment  MICHIGAN DEPARTMENT OF CORRECTIONS - RICHARD HANDLON CORRECTIONAL FACILITY
   Address  1728 WEST Blue water Hwy
   Official and/or personal capacity?  Official and personal

   Name of Defendant #5  _____
   Position or Title  _____
   Place of Employment  _____
   Address  _____
   Official and/or personal capacity?  _____

IV.   **Statement of Claim**

State here, as briefly as possible, the facts of your case. Describe how each defendant is personally involved. Include also, the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

1- Plaintiffs denied recognition of Christian Identity faith at the institutional level, all the way up to the Directors Office.

(A) Christian Identity Faith requires the observance of all Biblical Holy Days. Passover, Feast of Unleavened Bread, Pentecost, Feast of Trumpets, Day of Atonement, Feast of Tabernacles, and the Last Great Day. No other faith group at the Richard Handlon Correctional Facility or in the Michigan Department of Corrections observes all these Holy Days in a manner consistent with the beliefs held by the plaintiffs or other adherents of the Christian Identity Faith.

(B) Christian Identity requires Baptism by full body immersion for the salvation of ones immortal soul.

(C) Christian Identity adherents must congregate for worship services.

(1) Daniel Heyns, Warden Stoddard, Deputy Warden Young, and Chaplain Leslie have denied the plaintiffs the practice of sincerely held religious beliefs.

(2) Director Heyns was sent a Motion for Declaratory ruling pursuant to M.C.L. 791.1115, to make a decision to allow recognition to Christian Identity adherents. The Motion was denied May 17th. 2013. Steps one through three of the Grievance process have been exhausted as well.

(Last Revised: February 2009)

V. **Relief**

State briefly and precisely what you want the court to do for you.

Plaintiffs request that defendants be ordered to grant department wide recognition of Christian Identity as a distinctly separate faith group. Plaintiffs further request that defendants be ordered to recognize the observance of all Biblical Holy days and Baptism by full body immersion for all adherents of the Christian Identity faith. Plaintiffs further request that defendants be ordered to reimburse all fees and costs of litigation incurred by plaintiffs. plaintiffs further request that they be housed at the Richard Handlon Corr. Facility pending resolution of this litigation.

9-7-2013
Date

Signature of Plaintiff
Jon S. Fox #458647
Scott David Perreault #733478

## NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

-4-                                                          (Last Revised: February 2009)