UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

JAMES FOX #458647, et al.,

    Plaintiffs,                              Hon. Phillip J. Green

v.                                             Case No. 1:13-cv-01003-PJG

HEIDI WASHINGTON.

    Defendant.
_____/

## **JUDGMENT**

This action came before the Court for a bench trial. The issues have been tried and an opinion has entered in favor of the Defendant. Therefore,

**IT IS ODERED and ADJUDGED** that, for the reasons set forth in the accompanying Memorandum Opinion, a judgment of "no cause" is entered in favor of the Defendant and against the Plaintiffs.

This is a final judgment, all pending claims in this case having been resolved.

Dated: March 27, 2019                      /s/ Phillip G. Green
                                                  PHILLIP J. GREEN
                                                  United States Magistrate Judge