UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| JAMES FOX, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:13-cv-1003 |
| v. | ) |
| | ) Honorable Phillip J. Green |
| HEIDI WASHINGTON, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **JUDGMENT**

In accordance with the memorandum opinion entered this day:

The Court finds that the MDOC has satisfied its burden of demonstrating that denying formal recognition of the Christian Identity faith furthers a compelling governmental interest in maintaining institutional security, ensuring the safety of prisoners and prison staff, and preventing racially motivated violence and disruption. The Court further finds that there is no less restrictive means of furthering that compelling interest.  Judgment is hereby entered in Defendant's favor.


Dated:   October 29, 2021             /s/  Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge